IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ANGELA K. HERNANDEZ Defendant. | 8:17CR235 **ORDER** |

This matter is before the court on Defendant's unopposed Motion to Continue Trial [38]. Counsel is seeking additional time to negotiate a resolution short of trial. For good cause shown,

**IT IS ORDERED** that the Defendant's unopposed Motion to Continue Trial [38] is granted as follows:

1. The jury trial, now set for January 30, 2018, is continued to **March 27, 2018**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 27, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 24th day of January, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge