IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANGELA HERNANDEZ,<br><br>    Defendant. | 8:17CR235<br><br>ORDER |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 117). The government requests the Court dismiss the Second Amended Petition for Offender Under Supervision (Filing No. 107). The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Dismissal (Filing No. 117) is granted.

2. The Second Amended Petition for Offender Under Supervision (Filing No. 107) is hereby dismissed without prejudice.

3. Angela Hernandez's previously imposed term of supervision shall continue under the previously imposed conditions.

Dated this 21st day of February 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge