IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiffs,<br><br>vs.<br><br>ANGELA HERNANDEZ,<br><br>      Defendant. | 8:17CR235<br>ORDER |

THIS MATTER came before the Court on the unopposed oral motion of the Defendant to reconsider her detention and order her to attend residential treatment at Milestone Sober Living in Council Bluffs, Iowa.

The Court, being fully advised in the premises, finds that the Motion should be granted.

**IT IS THEREFORE ORDERED**:

1. Defendant shall be released from the U.S. Marshal's custody on Wednesday, June 11, 2025, as soon as possible after she is transported processed for release at the Hall County Correctional Center in Grand Island, Nebraska. Ms. Hernandez will be provided with transportation from a friend, who has been notified of the terms and conditions of her supervised release.

2. The Defendant shall go directly from the Hall County Correctional Center to The Milestone Sober Living facility located at 106 W. Kanesville Blvd., Council Bluffs, Iowa, to reside there until successful completion of the program or further order of the Court.

3. If the Defendant fails to remain at Milestone Sober Living, and obey all the rules of said program, the Court shall be notified immediately so that a warrant may be issued.

4. The U.S. Marshals are directed to release the Defendant with up to a 30-day supply of her current medications.

5. Defendant remains subject to all the previously ordered conditions of her supervised release.

DATED this 11th day of June, 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge